# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CORNELIO SALDIVAR-LOPEZ, <br> Defendant. | Case No.: 20-CR-0094-DMS <br><br> **ORDER TO DIMISS FELONY INFORMATION WITHOUT PREJUDICE AND JUDGMENT** |

The Court has reviewed the United States' motion to dismiss the felony information in the above-cited case without prejudice pursuant to Rule 46(a) of the Federal Rules of Criminal Procedure and Local Rule 57.4(c) that was filed on January 22, 2020.

IT IS ORDERED based on that motion to dismiss, that the felony information be dismissed forthwith because the defendant was deported to Mexico, and that the bond be exonerated.

DATED: 2-10-20

HON. DANA M. SABRAW
United States District Judge